No. 17-20307
(Crim. No. 4:15-cr-00483-1)

United States Courts
Southern District of Texas
FILED
APR 13 2022
Nathan Ochsner, Clerk of Court

To: United States District Court
   Southern District of Texas
   Houston Division
   Attn: Honorable Dena Palmero, U.S. Magistrate Judge

From: James P. Burke
   Reg# 93973-379

Re: James P. Burke vs. United States of America
   Crim. No. 4:15-483
   Civil. No. 4:21-3565

Dear U.S. District Court,

I, James Patrick Burke, am writing to inform the court that I have been transferred to Halfway House at the "Coolidge House" - 307 Huntington Ave, Boston, MA 02115 - phone number (617) 437-1967, arriving on 3/22/2022. Please change my address on file, as well as forward any legal documents related to above case, specifically Civil. No. 4:21-3565 (2255 motion). I have yet to receive government's response, which was due 3/17/2022, and may need additional time for my own response if and when I finally do receive said gov't response. I certify all above true to the best of my knowledge,

James Burke
3/22/2022

James P. [illegible]
Reg# 93973-379
307 Huntington Ave (Coolidge House)
Boston, MA 02115

BOSTON MA 020
9 APR 2022 PM 5 L

CLERK
United States District Court
Southern District of Texas
PO Box 61010
Houston, TX 77208

United States Court
Southern District of Texas
FILED
APR 13 2022
Nathan Ochsner, Clerk of Court

77208-101010